UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROY COLUMBUS GOLD III, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CR05-391-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on April 3, 2012. The United States was represented by AUSA Sarah Vogel and the defendant by Peter Camiel. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 22, 2006 by the Honorable Ricardo S. Martinez on a charge of Conspiracy to Distribute Cocaine and Cocaine Base, and sentenced to 36 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, be prohibited from gambling and avoid

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

gambling activities and establishments, attend Gamblers Anonymous meeting if instructed by his probation officer, and provide access to financial information upon request of his probation officer. (Dkt. 728.)

On January 31, 2011, defendant's probation officer reported that he used marijuana on December 21, 2010 and January 14, 2011. Defendant was reprimanded, referred for professional assessment, and testing frequency was increased. No further action was taken at the time. (Dkt. 1059.) on November 29, 2011, the conditions of supervised release were modified to require defendant to obtain the permission of his probation officer before taking prescription drugs. (Dkt. 1070.)

In an application dated (Dkt. 1082, 1083 ), U.S. Probation Officer Andrew Lorenzen alleged the following violations of the conditions of supervised release:

1. Failing to report for drug testing as directed on December 12 and 19, 2011, and January 3 and 25, February 1, 16 and 21, 2012 in violation of the special condition.

2. Using cocaine on or about February 1, 2012 in violation of standard condition number 7.

3. Failure to attend substance abuse counseling as directed, in violation of the special condition.

4. Gambling and entering gambling establishments in violation of the special condition.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 2, 3 and 4 and waived any evidentiary hearing as to whether they occurred. Defendant denied violation 1 and requested an evidentiary hearing.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 2, 3, and 4, and that the Court conduct a hearing limited to the issue of disposition. I recommend the Court set an evidentiary hearing on alleged violation 1. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 3rd day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable Ricardo S. Martinez
	AUSA:	Sarah Vogel
	Defendant's attorney:	Peter Camiel
	Probation officer:	Andrew Lorenzen